# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: §
§
KOPACZ, STEPHEN B § Case No. 12-00717 DRC
KOPACZ, SUSAN M. §
§
Debtors §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that GINA B. KROL, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
        JEFFREY P. ALLSTEADT
        219 S. Dearborn Street
        Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 11/20/2015 in Courtroom 240,
        Kane County Courthouse
        100 S. Third Street
        Geneva, IL
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 10/30/2015        By: JEFFREY P. ALLSTEADT
                                         Clerk of US Bankruptcy Court

*GINA B. KROL*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re:  §
        §
KOPACZ, STEPHEN B  §   Case No. 12-00717 DRC
KOPACZ, SUSAN M.   §
        §
    Debtors  §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 25,000.00 |
| and approved disbursements of | $ | 727.88 |
| leaving a balance on hand of[1] | $ | 24,272.12 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: GINA B. KROL | $ 3,250.00 | $ 0.00 | $ 3,250.00 |
| Attorney for Trustee Fees: Cohen & Krol | $ 15,407.25 | $ 0.00 | $ 15,407.25 |
| Charges: Clerk of US Bankruptcy Court | $ 293.00 | $ 0.00 | $ 293.00 |
| Other: International Sureties Ltd. | $ 36.02 | $ 36.02 | $ 0.00 |
| Other: Cohen & Krol | $ 59.56 | $ 0.00 | $ 59.56 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 19,009.81 |
| Remaining Balance | $ 5,262.31 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 50,887.99 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 10.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | FIA CARD SERVICES, N.A.<br>4161 Piedmont Parkway<br>NC4 105 03 14<br>Greensboro, NC 27410 | $ 22,183.09 | $ 0.00 | $ 2,293.95 |
| 000002 | FIA CARD SERVICES, N.A.<br>4161 Piedmont Parkway<br>NC4 105 03 14<br>Greensboro, NC 27410 | $ 9,884.66 | $ 0.00 | $ 1,022.17 |
| 000003 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany OH 43054-3025 | $ 10,267.06 | $ 0.00 | $ 1,061.71 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000004 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany OH 43054-3025 | $ 8,553.18 | $ 0.00 | $ 884.48 |
| | Total to be paid to timely general unsecured creditors | | $ | 5,262.31 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 320,299.05 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000005 | Prairie Path Tech Center Inc<br>c/o Edgerton & Edgerton<br>125 Wood St PO Box 218<br>West Chicago, IL 60186-3000 | $ 320,299.05 | $ 0.00 | $ 0.00 |
| | Total to be paid to tardy general unsecured creditors | | $ | 0.00 |
| | Remaining Balance | | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/GINA B. KROL
Trustee

*GINA B. KROL*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:
Stephen B Kopacz
Susan M. Kopacz
    Debtors

Case No. 12-00717-DRC
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0752-1     User: mflowers     Page 1 of 2     Date Rcvd: Oct 29, 2015
                    Form ID: pdf006     Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 31, 2015.
```
db/jdb         #+Stephen B Kopacz,    Susan M. Kopacz,    1728 Avalon Court,    Glendale Heights, IL 60139-1895
aty            +Gina B. Krol,    Cohen and Krol,    105 W Madison St, Suite 1100,    Chicago, IL 60602-4600
18357184      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court:   Bank of America,    POB 982238,    El Paso, TX 79998-2238)
18357185       +Chase,   POB 15298,    Wilington, DE 19850-5298
18357186       +Chase/Bank One Card Servicing,    POB 15298,    Wilington, DE 19850-5298
18357187       +Citicards CBNA,    701 E. 60th St. N,    Sioux Falls, SD 57104-0432
18357181       +Don James,    121 Plymouth Court,    Bartlett, IL 60103-4656
19436727        FIA CARD SERVICES, N.A.,    4161 Piedmont Parkway,    NC4 105 03 14,    Greensboro, NC 27410
18357180        FIA Card Services,    POB 15026,    Wilmington, DE 19850-5026
18357182       +Janes Power Systems Inc.,    155 E. Saint Charles Road,    Carol Stream, IL 60188-2081
18357243       +PNC Bank,    4661 East Main Street,    Columbus, OH 43251-0001
18357244       +PNC Bank Mortgage Servicing,    3232 Newark Drive,    Miamisburg, OH 45342-5421
19733909       +Prairie Path Tech Center Inc,    c/o Edgerton & Edgerton,    125 Wood St PO Box 218,
                West Chicago, IL 60186-0218
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
18357178        E-mail/PDF: mrdiscen@discover.com Oct 30 2015 02:25:55      Discover Financial Services,
                POB 15316,    Wilmington, DE 19850-5316
19702758        E-mail/PDF: mrdiscen@discover.com Oct 30 2015 02:25:55      Discover Bank,
                DB Servicing Corporation,    PO Box 3025,    New Albany OH  43054-3025
18357242       +E-mail/Text: bankruptcy@gsb.com Oct 30 2015 00:41:37      Glenview State Bank,
                800 Waukegan Road,    Glenview, IL 60025-4310
18357183       +E-mail/Text: pgray@hinsdalebank.com Oct 30 2015 00:43:03      Hinsdale Bank and Trust Co.,
                25 E. First Street,    Hinsdale, IL 60521-4119
                                                                                              TOTAL: 4
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
18357179*     ++DISCOVER FINANCIAL SERVICES LLC,    PO BOX 3025,    NEW ALBANY OH 43054-3025
              (address filed with court:   Discover Financial Services,    POB 15316,
               Wilmington, DE 19850-5316)
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 31, 2015                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 29, 2015 at the address(es) listed below:
          E. Philip Groben     on behalf of Plaintiff Gina B. Krol pgroben@cohenandkrol.com,
           trotman@cohenandkrol.com;jneiman@cohenandkrol.com
          E. Philip Groben     on behalf of Trustee Gina B Krol pgroben@cohenandkrol.com,
           trotman@cohenandkrol.com;jneiman@cohenandkrol.com
          Gina B Krol     gkrol@cohenandkrol.com,
           gkrol@ecf.epiqsystems.com;gkrol@cohenandkrol.com;trotman@cohenandkrol.com;jneiman@cohenandkrol.co
           m
          Gina B Krol     on behalf of Trustee Gina B Krol gkrol@cohenandkrol.com,
           gkrol@ecf.epiqsystems.com;gkrol@cohenandkrol.com;trotman@cohenandkrol.com;jneiman@cohenandkrol.co
           m
          Janet L Watson     on behalf of Defendant Patricia  Lacovic jwatsonjd@aol.com

```
District/off: 0752-1           User: mflowers              Page 2 of 2                  Date Rcvd: Oct 29, 2015
                               Form ID: pdf006             Total Noticed: 17
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Janet L Watson   on behalf of Defendant Laurie  Lacovic jwatsonjd@aol.com
        Joseph E Cohen   on behalf of Trustee Gina B Krol jcohen@cohenandkrol.com,
        jcohenattorney@gmail.com;gkrol@cohenandkrol.com;jneiman@cohenandkrol.com;trotman@cohenandkrol.com
        Lisa M. Giese   on behalf of Defendant Stephen, B.  Kopacz giese@aandalaw.com,
        jnagle@dupageattorneys.net
        Lisa M. Giese   on behalf of Defendant Susan, M.  Kopacz giese@aandalaw.com,
        jnagle@dupageattorneys.net
        Lisa M. Giese   on behalf of Joint Debtor Susan M. Kopacz giese@aandalaw.com,
        jnagle@dupageattorneys.net
        Lisa M. Giese   on behalf of Debtor Stephen B Kopacz giese@aandalaw.com,
        jnagle@dupageattorneys.net
        Maria  Georgopoulos   on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
        nd-three@il.cslegal.com
        Patrick S Layng   USTPRegion11.ES.ECF@usdoj.gov

                                                                                              TOTAL: 13