# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § § | |
| KOPACZ, STEPHEN B | § | Case No. 12-00717 DRC |
| KOPACZ, SUSAN M. | § § | |
| Debtors | § § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

GINA B. KROL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 146,276.95             Assets Exempt: 43,300.00
*(Without deducting any secured claims)*

Total Distributions to Claimants:  5,262.31             Claims Discharged
                                                        Without Payment:  399,956.73

Total Expenses of Administration:  19,737.69

---

3) Total gross receipts of $ 25,000.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00  (see **Exhibit 2**), yielded net receipts of $ 25,000.00  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 1,175,292.43 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 19,737.69 | 19,737.69 | 19,737.69 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 84,104.00 | 371,187.04 | 371,187.04 | 5,262.31 |
| **TOTAL DISBURSEMENTS** | $ 1,259,396.43 | $ 390,924.73 | $ 390,924.73 | $ 25,000.00 |

    4) This case was originally filed under chapter 7 on 01/10/2012. The case was pending for 49 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/28/2016    By:/s/GINA B. KROL
                                           Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| PREFERENCE | 1241-000 | 25,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$25,000.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Glenview State Bank 800 Waukegan Road Glenview, IL 60025-4381 | | 5,115.00 | NA | NA | 0.00 |
| | Hinsdale Bank & Trust Co. 25 E. First Street Hinsdale, IL 60521 | | 1,001,695.43 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | PNC Bank 4661 East Main Street Columbus, OH 43251 | | 17,239.00 | NA | NA | 0.00 |
| | PNC Bank Mortgage Servicing 3232 Newark Drive Miamisburg, OH 45342 | | 151,243.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $ 1,175,292.43 | $ 0.00 | $ 0.00 | $ 0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GINA B. KROL | 2100-000 | NA | 3,250.00 | 3,250.00 | 3,250.00 |
| INTERNATIONAL SURETIES LTD. | 2300-000 | NA | 36.02 | 36.02 | 36.02 |
| ASSOCIATED BANK | 2600-000 | NA | 691.86 | 691.86 | 691.86 |
| CLERK OF US BANKRUPTCY COURT | 2700-000 | NA | 293.00 | 293.00 | 293.00 |
| COHEN & KROL | 3110-000 | NA | 10,271.50 | 10,271.50 | 10,271.50 |
| GINA B. KROL | 3110-000 | NA | 5,135.75 | 5,135.75 | 5,135.75 |
| COHEN & KROL | 3120-000 | NA | 59.56 | 59.56 | 59.56 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ NA | $ 19,737.69 | $ 19,737.69 | $ 19,737.69 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Bank of America PO Box 982238 El Paso, TX 79998-2238 |  | 9,884.00 | NA | NA | 0.00 |
|  | Chase P.O. Box 15298 Wilmington, DE 19850 |  | 11,641.00 | NA | NA | 0.00 |
|  | Citicards CBNA 701 E 60th St. N Sioux Falls, SD 57104 |  | 12,507.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000003 | DISCOVER BANK | 7100-900 | 10,289.00 | 10,267.06 | 10,267.06 | 1,061.71 |
| 000004 | DISCOVER BANK | 7100-900 | 8,317.00 | 8,553.18 | 8,553.18 | 884.48 |
| 000001 | FIA CARD SERVICES, N.A. | 7100-900 | 21,985.00 | 22,183.09 | 22,183.09 | 2,293.95 |
| 000002 | FIA CARD SERVICES, N.A. | 7100-900 | 9,481.00 | 9,884.66 | 9,884.66 | 1,022.17 |
| 000005 | PRAIRIE PATH TECH CENTER INC | 7200-000 | NA | 320,299.05 | 320,299.05 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 84,104.00 | $ 371,187.04 | $ 371,187.04 | $ 5,262.31 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 12-00717 | DRC | Judge: Donald R. Cassling | Trustee Name: | GINA B. KROL |
| Case Name: | KOPACZ, STEPHEN B | | | Date Filed (f) or Converted (c): | 01/10/12 (f) |
| | KOPACZ, SUSAN M. | | | 341(a) Meeting Date: | 03/06/12 |
| For Period Ending: | 01/28/16 | | | Claims Bar Date: | 11/23/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. CONDOMINIUM 1728 AVALON COURT GLENDALE HEIGHTS, IL | 164,000.00 | 0.00 | | 0.00 | FA |
| 2. FINANCIAL ACCOUNTS | 6.26 | 0.00 | | 0.00 | FA |
| 3. FINANCIAL ACCOUNTS | 1,550.69 | 0.00 | | 0.00 | FA |
| 4. FINANCIAL ACCOUNTS | 20.00 | 0.00 | | 0.00 | FA |
| 5. HOUSEHOLD GOODS | 1,000.00 | 0.00 | | 0.00 | FA |
| 6. WEARING APPAREL | 500.00 | 0.00 | | 0.00 | FA |
| 7. VEHICLES | 13,500.00 | 0.00 | | 0.00 | FA |
| 8. VEHICLES | 9,000.00 | 0.00 | | 0.00 | FA |
| 9. PREFERENCE (u) Debtor paid back family members within one year of bankruptcy filing | 0.00 | 25,000.00 | | 25,000.00 | FA |
| TOTALS (Excluding Unknown Values) | $189,576.95 | $25,000.00 | | $25,000.00 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee submitted TFR to UST for Review
September 28, 2015, 03:41 pm

Trustee to review claims and prepare TFR
October 16, 2014, 02:44 pm

Trustee settled fraudulent conveyance actionJanuary 16, 2014, 11:27 am

LFORM1

**UST Form 101-7-TDR (10/1/2010)** *(Page: 7)*

Ver: 19.05c

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| | | |
|---|---|---|
| Case No: 12-00717 DRC Judge: Donald R. Cassling | Trustee Name: | GINA B. KROL |
| Case Name: KOPACZ, STEPHEN B | Date Filed (f) or Converted (c): | 01/10/12 (f) |
| KOPACZ, SUSAN M. | 341(a) Meeting Date: | 03/06/12 |
| | Claims Bar Date: | 11/23/12 |

Initial Projected Date of Final Report (TFR): 07/31/13   Current Projected Date of Final Report (TFR): 12/31/15

/s/   GINA B. KROL
_____   Date: 01/28/16
GINA B. KROL

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 12-00717 -DRC | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|
| Case Name: | KOPACZ, STEPHEN B | | Bank Name: | ASSOCIATED BANK |
| | KOPACZ, SUSAN M. | | Account Number / CD #: | *******0808 Checking Account |
| Taxpayer ID No: | *******1612 | | | |
| For Period Ending: | 01/28/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/16/14 | 9 | Patricia Lacovic<br>4000 Grove Ave.<br>Brookfield, IL 60513 | Settlement | 1241-000 | 25,000.00 | | 25,000.00 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 24,990.00 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 33.55 | 24,956.45 |
| 04/01/14 | 030001 | International Sureties Ltd.<br>Suite 420<br>701 Poydras St.<br>New Orleans, LA 70139 | BOND<br>BOND | 2300-000 | | 22.00 | 24,934.45 |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 37.10 | 24,897.35 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 35.83 | 24,861.52 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 36.96 | 24,824.56 |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 35.72 | 24,788.84 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 36.86 | 24,751.98 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 36.80 | 24,715.18 |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 35.56 | 24,679.62 |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 36.69 | 24,642.93 |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 35.46 | 24,607.47 |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 36.58 | 24,570.89 |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 36.53 | 24,534.36 |
| 02/10/15 | 030002 | Adams Levine Surety Bond Agency<br>60 E. 42nd Street<br>Room 965<br>New York, NY 10165 | | 2300-000 | | 14.02 | 24,520.34 |
| 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 32.94 | 24,487.40 |
| 04/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 36.40 | 24,451.00 |
| 05/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 35.18 | 24,415.82 |
| 06/05/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 36.30 | 24,379.52 |
| 07/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 35.07 | 24,344.45 |
| 08/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 36.19 | 24,308.26 |

FORM 2            Page: 2

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 12-00717 -DRC | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|
| Case Name: | KOPACZ, STEPHEN B | | Bank Name: | ASSOCIATED BANK |
| | KOPACZ, SUSAN M. | | Account Number / CD #: | *******0808 Checking Account |
| Taxpayer ID No: | *******1612 | | | |
| For Period Ending: | 01/28/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | | |
| | | | | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 36.14 | 24,272.12 |
| * 11/20/15 | 030003 | Cohen & Krol<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL 60602 | Final Distribution<br>Attorneys Fees | 3110-003 | | 15,407.25 | 8,864.87 |
| * 11/20/15 | 030003 | Cohen & Krol<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL 60602 | Final Distribution<br>Entered in wrong amount | 3110-003 | | -15,407.25 | 24,272.12 |
| 11/20/15 | 030004 | Cohen & Krol<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL 60602 | Final Distribution<br>Attorneys Expenses | 3120-000 | | 59.56 | 24,212.56 |
| 11/20/15 | 030005 | Clerk of US Bankruptcy Court<br>219 S. Dearborn Street<br>7th Floor<br>Chicago, IL 60606 | Final Distribution<br>Filing Fee | 2700-000 | | 293.00 | 23,919.56 |
| 11/20/15 | 030006 | Gina B. Krol<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL 60602 | Final Distribution<br>Trustee's Fees | 2100-000 | | 3,250.00 | 20,669.56 |
| 11/20/15 | 030007 | FIA CARD SERVICES, N.A.<br>4161 Piedmont Parkway<br>NC4 105 03 14<br>Greensboro, NC 27410 | Final Distribution | 7100-900 | | 2,293.95 | 18,375.61 |
| 11/20/15 | 030008 | FIA CARD SERVICES, N.A.<br>4161 Piedmont Parkway<br>NC4 105 03 14<br>Greensboro, NC 27410 | Final Distribution | 7100-900 | | 1,022.17 | 17,353.44 |
| 11/20/15 | 030009 | Discover Bank<br>DB Servicing Corporation | Final Distribution | 7100-900 | | 1,061.71 | 16,291.73 |

FORM 2 Page: 3

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 12-00717 -DRC | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|
| Case Name: | KOPACZ, STEPHEN B | | Bank Name: | ASSOCIATED BANK |
| | KOPACZ, SUSAN M. | | Account Number / CD #: | *******0808  Checking Account |
| Taxpayer ID No: | *******1612 | | | |
| For Period Ending: | 01/28/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/20/15 | 030010 | PO Box 3025<br>New Albany OH 43054-3025<br>Discover Bank | Final Distribution | 7100-900 | | 884.48 | 15,407.25 |
| 11/20/15 | 030011 | DB Servicing Corporation<br>PO Box 3025<br>New Albany OH 43054-3025<br>Cohen & Krol<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL 60602 | Attorneys Fees | 3110-000 | | 10,271.50 | 5,135.75 |
| 11/20/15 | 030012 | Gina B. Krol<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL 60602 | Attorney's Fees | 3110-000 | | 5,135.75 | 0.00 |

| Account *******0808 | Balance Forward | | 0.00 | | | |
|---|---|---|---|---|---|---|
| | 1 Deposits | | 25,000.00 | 13 | Checks | 24,308.14 |
| | 0 Interest Postings | | 0.00 | 20 | Adjustments Out | 691.86 |
| | | | | 0 | Transfers Out | 0.00 |
| | Subtotal | $ | 25,000.00 | | | |
| | 0 Adjustments In | | 0.00 | | Total | $ 25,000.00 |
| | 0 Transfers In | | 0.00 | | | |
| | Total | $ | 25,000.00 | | | |

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 12-00717 -DRC | | Trustee Name: | GINA B. KROL |
| Case Name: | KOPACZ, STEPHEN B | | Bank Name: | ASSOCIATED BANK |
| | KOPACZ, SUSAN M. | | Account Number / CD #: | *******0808 Checking Account |
| Taxpayer ID No: | *******1612 | | | |
| For Period Ending: | 01/28/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Trustee's Signature:  /s/ GINA B. KROL  Date: 01/28/16
GINA B. KROL